**Tabetha A. Martinez, Esq. (NV 14237)**
**Susan E. Gillespie, Esq. (NV 15227)**
**BURGER | MEYER LLP**
400 South 4th St., Suite 500
Las Vegas, NV 89101
Telephone: (949) 427-1888
Facsimile: (949) 427-1889
Email: tmartinez@burgermeyer.com
sgillespie@burgermeyer.com

Attorneys for Defendant
WALMART INC.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DEBORAH GALLEGOS, individually,<br><br>Plaintiff,<br><br>vs.<br><br>WALMART, INC., foreign corporation; DOES I-X, and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No.: 2:23-cv-00264-CDS-BNW<br>Hon. Cristina D. Silva<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE DISCOVERY DEADLINES**<br><br>**[FIRST REQUEST]** |

The parties, Plaintiff Deborah Gallegos ("Gallegos"), through her attorney Joseph W. Ricco of the law firm of Marathon Law Group, PLLC, and Defendant Walmart Inc. ("Walmart"), through their attorney Susan E. Gillespie of the law firm of Burger | Meyer LLP, (collectively the "Parties"), hereby stipulate as set forth hereinbelow, to extent the existing discovery deadlines 90 days and respectfully request that the Court enter an order under Local Rule IA 6-1 and Local Rule 26-3.

Pursuant to Local Rule IA 6-1(a), the parties hereby aver that this is the first request to extend discovery deadlines in this matter.

**I.     DISCOVERY COMPLETED**

1. Defendant served its Initial Rule 26 Disclosure on May 2, 2023.

2. Plaintiff served her initial Rule 26 Disclosure on May 5, 2023.

3. Defendant served one set of Interrogatories and Requests for Production upon Plaintiff on May 5, 2023. Plaintiff served her responses on June 27, 2023.

4. Defendant obtained executed authorizations from Plaintiff on June 27, 2023.

5. Plaintiff served their First Supplemental Rule 26 Disclosure on June 28, 2023.

## II. REMAINING DISCOVERY

1. Subpoenaing and receiving records from Plaintiff's medical providers;

2. Deposition of Plaintiff;

3. Disclosure of Parties' expert and/or rebuttal expert witnesses;

4. Depositions of Parties' expert and/or rebuttal expert witnesses; and

5. Further discovery as necessary.

## III. REASON FOR REQUESTING ADDITIONAL TIME TO COMPLETE DISCOVERY

The Parties aver that good cause exists under Local Rule 26-3 for the requested extension being made at this time. The Parties are requesting an extension of discovery deadlines to allow additional time so that the Parties may continue to conduct discovery, including expert witness discovery, and any additional discovery that may be necessary, and to discuss potential resolution. The Parties are actively discussing resolution. The Parties make this request for an extension not for the purposes of delay, but instead in an abundance of caution to allow sufficient time to complete the remaining discovery.

## IV. PROPOSED DISCOVERY AND TRIAL SCHEDULE.

| Deadline | Current Deadline | Proposed New Deadline |
|---|---|---|
| Amend Pleadings or Add Parties | June 28, 2023 | Passed |
| Initial Expert Disclosures | July 28, 2023 | October 26, 2023 |
| Rebuttal Expert Disclosures | August 28, 2023 | November 27, 2023 |
| Close of Discovery | September 26, 2023 | December 26, 2023 |
| File Dispositive Motions | October 26, 2023 | January 24, ~~2023~~ 2024 |
| Proposed Joint Pretrial Order | November 26, 2023 | February 26, ~~2023,~~ 2024 or 30 days after the Court has formally ruled on all outstanding dispositive motions. |

If the extension is granted, all anticipated additional discovery should be concluded within the stipulated extended deadline. The parties aver that this request for extension of discovery deadlines is made by the parties in good faith and not for the purpose of delay.

Dated: July 7, 2023                           **MARATHON LAW GROUP, PLLC**

                                                */s/ Joseph W. Riccio*
                                                Joseph W. Riccio, Esq.
                                                Attorneys for Plaintiff
                                                DEBORAH GALLEGOS

Dated: July 7, 2023                           **BURGER | MEYER LLP**

                                                */s/ Susan E. Gillespie*
                                                Tabetha A. Martinez, Esq.
                                                Susan E. Gillespie, Esq.
                                                Attorneys for Defendant
                                                WALMART INC.

### ORDER

**IT IS SO ORDERED**

**DATED:** 12:45 pm, July 10, 2023

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

# CERTIFICATE OF SERVICE

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Orange, State of California. My business address is 999 Corporate Drive, Suite 220, Ladera Ranch, CA 92694.

On July 7, 2023, I served true copies of the following document(s): **STIPULATION AND ORDER TO CONTINUE DISCOVERY DEADLINES** on the interested parties in this action as follows:

| Joe Riccio, Esq.<br>Marathon Law Group, PLLC<br>2012 Hamilton Lane<br>Las Vegas, NV 89106 | Attorney for Plaintiff<br>Deborah Gallegos<br><br>T: (702) 522-1808<br>F: (702) 685-3625<br>E: joe@marathonlawgroup.com |
|---|---|

   X    **BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on July 7, 2023, at Ladera Ranch, California.

By: _____
Stephanie A. Crisp