Tabetha A. Martinez, Esq. (NV 14237)
Susan E. Gillespie, Esq. (NV 15227)
BURGER | MEYER LLP
400 South 4th St., Suite 500
Las Vegas, NV 89101
Telephone: (949) 427-1888
Facsimile: (949) 427-1889
Email: tmartinez@burgermeyer.com
       sgillespie@burgermeyer.com

Attorneys for Defendant
WALMART INC.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DEBORAH GALLEGOS, individually,<br><br>Plaintiff<br><br>vs.<br><br>WALMART, INC., foreign corporation; DOES I-X, and ROE CORPORATIONS I-X, inclusive,<br><br>Defendant | Case No.: 2:23-cv-00264-CDS-BNW<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Plaintiff Deborah Gallegos and Defendant Walmart, Inc. hereby stipulate and agree that this case be dismissed, with prejudice, and that each party to bear its own attorneys' fees and/or costs.

Dated: November 3, 2023          **MARATHON LAW GROUP, PLLC**

                                 /s/ Joseph W. Riccio
                                 Joseph W. Riccio, Esq.
                                 Attorneys for Plaintiff
                                 DEBORAH GALLEGOS

Dated: November 3, 2023          **BURGER | MEYER LLP**
                                 /s/ Susan E. Gillespie
                                 Tabetha A. Martinez, Esq.
                                 Susan E. Gillespie, Esq.
                                 Attorneys for Defendant
                                 WALMART INC.

## ORDER

**BASED UPON THE STIPULATION OF THE PARTIES** and good cause appearing therefore, this case, including any and all claims brought by plaintiff, is hereby dismissed with prejudice, with each party to bear their own attorney fees and costs. The Clerk of Court is kindly instructed to close this case.

DATED: November 6, 2023

_____
UNITED STATES DISTRICT JUDGE